IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

CHRISTIAN NOFFSINGER

      Plaintiff,

vs.                                          NO. 04-2698 DV

MOTEL 6 OPERATING L.P.,
MOTEL 6-MEMPHIS, TN #4158
and ECOLAB, INC.

      Defendants.

## CONSENT ORDER ON VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Come now the parties, pursuant to FRCP 41, who hereby agree that this cause of action should be dismissed without prejudice, it is therefore ORDERED that this cause of action is dismissed without prejudice to the Plaintiff to the refiling of the same.

**WE CONSENT**:

_____
JAMES O. LOCKARD (4932)
Attorney for Plaintiff
707 Adams Avenue
Memphis, Tennessee 38105
(901) 525-8601

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _____

Page -1-

_[signature]_
JONATHAN LAKEY (16788)
Attorney for Motel 6
130 N. Court Ave.
Memphis, TN 38103
(901) 524-5000

_[signature]_
DANIEL VAN HORN (18940)
Attorney for Ecolab
80 Monroe #700
Memphis, TN 38103
(901) 523-8211

This __25__ Day of __April__, 2005

_[signature]_
JUDGE

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 15 in case 2:04-CV-02698 was distributed by fax, mail, or direct printing on April 28, 2005 to the parties listed.

---

Alana Kim Bassin
BOWMAN AND BROOKE LLP
150 South Fifth St.
Ste. 2600
Minneapolis, MN 55402--424

Jonathan P. Lakey
PIETRANGELO COOK
6410 Poplar
Ste. 190
Memphis, TN 38119

James O. Lockard
LOCKARD LAW FIRM
707 Adams Avenue
Memphis, TN 38105

Richard G. Morgan
BOWMAN AND BROOKE LLP
150 South Fifth St.
Ste. 2600
Minneapolis, MN 55402--424

Eric J. Plumley
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Daniel Warren Van Horn
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT