UNITED STATES DISTRICT COURT
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

FILED BY cg D.C.
05 MAY 12 PM 1:50

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

---

**CHRISTIAN NOFFSINGER**

v.

**MOTEL 6 OPERATING L.P.,
MOTEL 6-MEMPHIS, TN #4158
and ECOLAB, INC.**

JUDGMENT IN A CIVIL CASE

CASE NO: 04-2698-D

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Consent Order On Voluntary Dismissal Without Prejudice entered on April 28, 2005, this cause is hereby dismissed.

APPROVED:

*[signature]*
BERNICE B. DONALD
UNITED STATES DISTRICT COURT

5-11-2005
Date

ROBERT R. DI TROLIO
Clerk of Court

*[signature]*
(By) Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 5-16-05

/16/

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 16 in case 2:04-CV-02698 was distributed by fax, mail, or direct printing on May 16, 2005 to the parties listed.

---

Richard G. Morgan
BOWMAN AND BROOKE LLP
150 South Fifth St.
Ste. 2600
Minneapolis, MN 55402--424

Alana Kim Bassin
BOWMAN AND BROOKE LLP
150 South Fifth St.
Ste. 2600
Minneapolis, MN 55402--424

Jonathan P. Lakey
PIETRANGELO COOK
6410 Poplar
Ste. 190
Memphis, TN 38119

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Daniel Warren Van Horn
ARMSTRONG ALLEN, PLLC
80 Monroe Avenue
Ste. 700
Memphis, TN 38103--246

Eric J. Plumley
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

James O. Lockard
LOCKARD LAW FIRM
707 Adams Avenue
Memphis, TN 38105

Honorable Bernice Donald
US DISTRICT COURT